UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00228-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **CHRIS TURNER**, a/k/a "Kit", and
2. **WILLIAM WARREN**, a/k/a "Will",

    Defendants.

---

# MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Upon review of the file, the parties are on notice that the following pretrial motions will be heard at the hearing set for October 28, 2011 at 9:00 a.m.:

- Defendant Warren's Amended Motion for a *Daubert* Hearing (ECF No. 32)
- Defendant Warren's Motion for a *James* Hearing (ECF No. 30)
- Defendant Turner's Motion to Dismiss Because of Selective Prosecution (ECF No. 39)

    While the Court will not hear evidence on Defendant Turner's Motion to Suppress Evidence (ECF No. 38) on October 28, 2011, the parties shall be prepared to both inform the Court as to the length of time necessary for an evidentiary hearing and schedule such a hearing.

    Finally, Defendant Warren's Motion for Release of Grand Jury Transcripts (ECF No. 29) is **GRANTED** to the extent that the Government shall draft and submit to the Court a disclosure/protective order concerning all grand jury transcripts not later than **Tuesday, October 18, 2011.**

    Dated: October 12, 2011