## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00228-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CHRIS TURNER, a.k.a. Kit,
2. WILLIAM WARREN, a.k.a. Will,

    Defendants.

## ORDER CONCERNING DISCLOSURE
## OF GRAND JURY MATERIALS

This matter is before the court on "Plaintiff's Motion to Disclose Grand Jury Material To Defendants" (ECF No. 50) filed by the Government. Upon consideration of the motion, I find that it should be **GRANTED.** Accordingly, it is

ORDERED as follows:

1. Pursuant to Rule 6(e)(3)(E)(i), the Government may disclose grand jury materials to defense counsel.

2. To protect grand jury secrecy, defense counsel shall make only such copies as are necessary to prepare a defense of this criminal case. Defense counsel shall keep a written record concerning how many copies were made, to whom those copies were delivered, and the date of delivery. Defense counsel shall also deliver a copy of this order with materials. <u>No person, other than defense counsel, shall make any copy of these materials for any purpose whatsoever</u>. At the conclusion of the case, by entry of the Court's judgment, counsel shall, within ten days, collect all copies

and return them to the Government.

      3.     Copies of grand jury materials may be used only in connection with this criminal proceeding, and any further dissemination or use is prohibited.

Dated: October 19, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge