UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00228-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.   **CHRIS TURNER**, a/k/a "Kit", and
2.   WILLIAM WARREN, a/k/a "Will",

     Defendants.

---

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     Defendant Turner filed a Notice of Disposition on October 25, 2011. Accordingly, Defendant Turner need not appear at the motions hearing set for October 28, 2011.   However, the Court will still hold a hearing as to Defendant Warren. Defendant Turner's Change of Plea hearing is set for **Tuesday, December 20, 2011 at 1:30 p.m.   Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**   If the documents are not timely submitted, the hearing will be **VACATED**.   **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

     Dated:   October 25, 2011