UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00228-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CHRIS TURNER, a/k/a "Kit", and
2. **WILLIAM WARREN**, a/k/a "Will",

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    On December 20, 2011, Defendant Warren filed a Notice of Disposition (ECF No. 69). Accordingly, **the *Daubert* hearing set for December 21, 2011 is VACATED.** A Change of Plea hearing is set for **Tuesday, January 10, 2012 at 11:00 a.m. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED. There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated: December 20, 2011