IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00228-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1. CHRIS TURNER, a/k/a "Kit**,"

    Defendant.

---

**ORDER**

---

    THIS MATTER is before the Court on motion of the United States and the plea agreement in this case and the defendant's own behavior. After a review of the file and the motion, It is hereby

    ORDERED that the Government's Motion for Downward Departure Pursuant to 5k1.1 and Other Government Motions (ECF Doc. No. 87), filed March 15, 2012, is **GRANTED.** It is further

    ORDERED that the Defendant shall receive an addition level for acceptance of responsibility pursuant to U.S.S.G. Section 3E1.1. It is further

    ORDERED that the Court reduces the Defendant's sentencing guidelines range by 50%. It is further

    ORDERED that counts One, Two, and Four of the Indictment are dismissed as to Defendant, Chris Turner, only.

Dated: May 4, 2012.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE